IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00078-KS

| | | |
|---|---|---|
| ANGELA BASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | | |

This matter is before the Court on Plaintiff's Motion for Judgment on the

Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff,

through counsel, consents to Defendant's Motion for Remand to the Commissioner.

For good cause shown, the Court hereby reverses the Commissioner's decision

under sentence four of 42 U.S.C. § 405(g) and remands the case to the

Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292

(1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgment pursuant to

Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of December 2022.

KIMBERLY A. SWANK
United States Magistrate Judge